

**ORDERED in the Southern District of Florida on February 27, 2013.**

        **Paul G. Hyman, Chief Judge**
        **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| MITCHELL PASIN, | Case No. 10-32847-PGH |
|       Debtor. | Chapter 7 |
| _____/ | |
| INDIGO LAKES, LLC, | |
|       Plaintiff. | |
| vs. | Adv. Pro. No. 10-03712-PGH-A |
| MITCHELL PASIN, | |
|       Defendant. | |
| _____/ | |

## ORDER CONTINUING PRETRIAL CONFERENCE

THIS CAUSE having come before the court without hearing, and the Court being otherwise duly advised, it is:

ORDERED AND ADJUDGED:

1. The Pretrial Conference in this matter is hereby continued to April 2, 2013 at 9:30 a.m. in the U.S. Bankruptcy Court, Flagler Waterview Building, 1515 N. Flagler Drive, Room 801, Court Room A, West Palm Beach, FL 33401.

2. In all other respects, this Court's Order Setting Filing and Disclosure

Requirements for Pretrial and Trial and all related deadlines [DE #3] entered on November 15, 2010, shall remain in full force and effect.

###

Submitted by:

Charles I. Cohen, Esq.
FURR & COHEN, P.A.
*Attorney for Plaintiff*
One Boca Place, Suite 337W
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: ccohen@furrcohen.com

**Attorney, Charles I. Cohen, is directed to serve a conformed copy of this order on all interested parties listed below and shall file a certificate of service with the Court.**

VIA ECF:

- Charles I Cohen    pmouton@furrcohen.com

VIA U.S. MAIL:

Russell L. Forkey, Esq.
2888 E Oakland Pk Blvd
Ft. Lauderdale, FL 33306

Mitchell Pasin
4326 Intracoastal Drive
Highland Beach, FL  33487

Mitchell Pasin
1005 Russell Drive, Apt. 2
Highland Beach, FL  33487